# AFFIDAVIT

This Affidavit is submitted in support of a Criminal Complaint charging Feliciano Ismael VASQUEZ-YAX with one count of alien in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(5).

## AFFIANT BACKGROUND AND EXPERIENCE

1. I, Nathan C. Peachey, am a Special Agent for the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), in Charlotte, North Carolina. I was previously a Special Agent with the United States Secret Service ("USSS"). I have been a Special Agent since July 2006. During my tenure with HSI and USSS, I have conducted numerous criminal investigations of individuals and businesses involving violations of United States laws. I have received extensive training at the Federal Law Enforcement Training Center in Glynco, Georgia, including instruction in investigations involving aliens illegally in the United States. Prior to working as a Special Agent, I worked as a sheriff's deputy, a probation officer, and a police officer in the Commonwealth of Pennsylvania.

2. Since this Affidavit is being submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the necessary probable cause in support of the criminal complaint.

## PROBABLE CAUSE

### Interview of VASQUEZ-YAX

4. On November 6, 2025, Special Agent (SA) Nathan Peachey and other investigators went to Alivas Multiservices LLC of Marion, to interview Feliciano Ismael

1

VASQUEZ-YAX regarding the trafficking of goods using counterfeit trademarks. Alivas Multiservices is a brick-and-mortar store selling household goods, cell phones, cell phone accessories, and prescription medications located at 204 East Court Street, Marion, North Carolina 28752, McDowell County. VASQUEZ-YAX is the owner of the store. SA Peachey encountered VASQUEZ-YAX behind the cashier counter of store. SA Peachey advised VASQUEZ-YAX that he was not under arrest and that SA Peachey wished to talk to VASQUEZ-YAX about merchandise with counterfeit trademarks being sold in the store. SA Peachey had previously spoken with VASQUEZ-YAX in English earlier in the investigation at another location. As a precaution, SA Peachey additionally advised VASQUEZ-YAX that he had a fully fluent Spanish speaker with him if VASQUEZ-YAX preferred to speak in Spanish. VASQUEZ-YAX continued speaking with SA Peachey in clearly understandable English. During the conversation, VASQUEZ-YAX gave investigators consent to search the store.

5. SA Peachey asked VASQUEZ-YAX if he had a gun behind the counter. VASQUEZ-YAX stated that he did and described where the firearm was located. SA Peachey retrieved a CZ Model P-10F, 9mm handgun with serial number C845985. SA Peachey cleared the handgun by removing the magazine and observed 19 rounds of hollow point ammunition loaded into the magazine.

6. SA Peachey asked VASQUEZ-YAX about the areas of the building to which VASQUEZ-YAX had access. VASQUEZ-YAX walked through the store area and showed SA Peachey the rooms that he had access to. VASQUEZ-YAX opened a locked door by entering a numeric passcode to show SA Peachey one of the rooms. SA Peachey observed a large open safe in that room.

7. SA Peachey asked VASQUEZ-YAX if he had any other firearms in the store. VASQUEZ-YAX stated that he did have another firearm and directed SA Peachey to the large open safe. SA Peachey located a Springfield Armory XD-9 Sub-Compact, 9mm handgun with serial number XD134362 on a shelf in the safe.

8. VASQUEZ-YAX explained that he had purchased the CZ handgun and the Springfield Armory handgun. VASQUEZ-YAX said he also purchased a third handgun which he said had been seized from him previously by law enforcement. VASQUEZ-YAX stated that he had obtained paperwork from the court to get the seized handgun returned but that law enforcement was refusing to return the handgun to him. VASQUEZ-YAX stated that he would not be able to purchase a handgun from a gun store.

9. VASQUEZ-YAX provided a Guatemalan passport as his identification and informed SA Peachey that he had been born in Guatemala. SA Peachey asked if VASQUEZ-YAX had obtained any immigration status in the United States. VASQUEZ-YAX stated that he did not currently have any legal immigration status in the United States.

*Search Warrant for the Premises of Alivas Multiservices of Marion LLC*

10. While in the store, Marion Police Department (MPD) Detective Josh Maddux served VASQUEZ-YAX a copy of a state search warrant which had previously been obtained for the store.

11. During the search, investigators located and seized a Walther Model PPS, 9mm handgun with serial number AR8631, and an EIG Model 1960, .22 Starter Pistol in addition to the two previously mentioned firearms. Additionally, a total of 135 rounds of

3

9mm ammunition, including the rounds loaded in the CZ magazine, were recovered. Investigators also seized numerous items suspected to bear counterfeit trademarks.

*Confirmation of VASQUEZ-YAX's Immigration Status*

12. While investigators conducted the search of VASQUEZ-YAX's store, SA Peachey administratively arrested VASQUEZ-YAX on immigration charges and VASQUEZ-YAX was transported to be processed for deportation proceedings. During processing, a biometric search of Department of Homeland Security databases was conducted which showed no record that VASQUEZ-YAX had sought or received legal immigration status to enter or remain in the United States.

*Interstate Nexus of Seized Firearms*

13. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) SA Casey Smith reviewed the identifying information from the CZ, Springfield Armory, Walther, and EIG handguns. SA Smith has been qualified as a Firearms Interstate Nexus Expert in federal court. SA Smith determined that these firearms were not manufactured in North Carolina and had travelled in and affected interstate and foreign commerce.

**CONCLUSION**

14. Based upon the above information, I respectfully assert that the above facts are sufficient to support a probable cause finding that, on or about November 6, 2025, in the Western District of North Carolina, in McDowell County, North Carolina, Feliciano Ismael VASQUEZ-YAX possessed firearms while being an alien illegally in the United States, in violation of Title 18, United States Code, Section 922(g)(5).

*This affidavit has been reviewed by AUSA Alexis Solheim.*

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Nathan C. Peachey*
Nathan C. Peachey, Special Agent
Department of Homeland Security, ICE-HSI

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 13th day of November, 2025, at 3:37 PM.

W. Carleton Metcalf
United States Magistrate Judge